# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 20-1207** | **September Term, 2025** |
| | EPA-85FR20838 |
| | Filed On: February 9, 2026 [2158245] |

Citizens for Pennsylvania's Future, et al.,

      Petitioners

      v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

      Respondents

## **O R D E R**

      Upon consideration of the joint motion to govern future proceedings and request for continuance of the abeyance, it is

      **ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by May 26, 2026.

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                            BY:    /s/
                                            Catherine J. Lavender
                                            Deputy Clerk